UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ARMSTEAD,<br><br>                                       Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                                       Defendant. | Case No.: 19cv2302-MDD<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF NO. 3]** |

      On December 3, 2019, Plaintiff Reginald Armstead filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), challenging the denial of his application for disability benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 3). For the reasons set forth below, the Court **GRANTS** Plaintiff's motion to proceed IFP.

      All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is

granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriquez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1965). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). But "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

Plaintiff states that his per month income is limited to $502.00 in retirement, $424.72 in disability, $252.00 in public assistance and $194.00 in food stamps. Plaintiff is unemployed and has no cash and no bank account. (ECF No. 3). Plaintiff's affidavit sufficiently shows he is unable to pay the fees or post securities required to maintain this action. As such the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Court has also reviewed Plaintiff's complaint, and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

Dated: December 10, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge