|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| REGINALD ARMSTEAD, | Case No.: 19cv2302-MDD |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (ECF No. 20) |
| Defendant. | |

On July 29, 2020, the parties jointly filed a stipulation of dismissal of the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this case is **DISMISSED WITH PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Clerk of Court is **ORDERED** to close this case and terminate any pending motions.

**IT IS SO ORDERED**.

Dated: August 3, 2020

*/s/ Mitchell D. Dembin*

Hon. Mitchell D. Dembin
United States Magistrate Judge